UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| vs. | ) CRIMINAL: 4:19CR66 |
| ASHLEY VOLLMER | ) |

### ORDER ON MOTION FOR LEAVE

This matter is before the Court on the defense counsel's Motion for Leave. After careful consideration, said Motion is GRANTED.

SO ORDERED, this 25th day of September, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA